# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.     CASE NO. 1:23-CR-20-AW-MAL

**TIMOTHY FREDERICK MURPHY-JOHNSON**
_____/

## BILL OF PARTICULARS

**THE UNITED STATES OF AMERICA**, by and through the undersigned Assistant United States Attorney, pursuant to Rule 32.2(a), Federal Rules of Criminal Procedure, now particularly alleges that the following real property is subject to forfeiture based on the allegations in Counts One through Count Six of the Indictment filed in the above- styled criminal case:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 10616 NE 76th Terrace, Gainesville, Alachua County, Florida, Tax ID: 17549-002-012, more particularly described as:

All that certain land situate, lying and being in Alachua County, Florida, to-wit:

That part of the Southwest 1/4 of Section 31, Township 8 South, Range 21 East, Alachua County, FL, being more particularly described as follows: Commence at the Southwest corner of said Section 31 for a point of reference; thence run South 89 degrees 23'34" East along the South line of said Section 31, a distance of 1320.0 feet; thence run North 00 degrees 38'26" East perpendicular to the said South line of Section 31, a distance of 1340.00 feet;

thence run North 09 degrees 52'37" East, a distance of 759.81 feet to the Point of Beginning; from the said Point of Beginning, continue North 09 degrees 52'37" East, a distance of 618.91 feet; thence run North 00 degrees 36'26" East perpendicular to the said South line of Section 31, a distance of 40.00 feet; thence run South 89 degrees 23'34" East parallel to the said South line of Section 31, a distance of 500.02 feet; thence run South 30 degrees 36'26" West, a distance of 278.19 feet to the beginning of a curve concave to the East, having a total central angle of 60 degrees 00'00" and a radius of 1140.00 feet; thence run Southwesterly along the arc of the said curve, through an angle of 21 degrees 55'38" an arc distance of 436.28 feet thence run North 89 degrees 23'34" West parallel to the said South line of Section 31, a distance of 319.19 feet to the said Point of Beginning.

               Respectfully Submitted,

               JASON R. COODY
               United States Attorney

               *s/ F.T. WILLIAMS*
               F. T. WILLIAMS
               Assistant United States Attorney
               Florida Bar Number 0936219
               300 E. University Avenue, Ste. 310
               Gainesville, FL  32601
               (352)  378-0996
               Frank.williams@usdoj.gov