IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 1:23CR20 AW
UNDER SEAL

TIMOTHY MURPHY-JOHNSON
_____/

### DEFENDANT'S NOTICE OF FILING SENTENCING EXHIBITS

**COMES NOW** the DEFENDANT, **TIMOTHY MURPHY JOHNSON**, by and through undersigned counsel and submits the below listed and attached documents as sentencing exhibits for consideration in conjunction with his sentencing hearing scheduled for September 17, 2024.

1. Letters of Support
2. Article
3. Report from Dr. Krop

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to David Byron, Assistant United States Attorney on this 13th day of September 2024.

Respectfully Submitted,
JOSEPH F. DEBELDER
Federal Public Defender

By: s/ *Darren Johnson*

_____
Darren J. Johnson
Assistant Federal Public Defender
New York Bar No. 4056800
101 S. E. 2nd Place, Suite 112
Gainesville, FL 32601
(352) 373-5823

