# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                          CASE NO. 1:23CR20 AW/ML

**TIMOTHY MURPHY JOHNSON**
_____/

## MOTION TO WITHDRAW

**COMES NOW** undersigned counsel, an appointed Assistant Federal Public Defender, and moves this Court to allow him to withdraw from the representation of the Defendant, Timothy Murphy Johnson. In support of this motion undersigned states:

1. The Office of the Federal Public Defender was appointed to represent the Defendant Timothy Murphy Johnson on October 10, 2023.

2. The Defendant and undersigned counsel have come to an impasse on how to proceed at sentencing in this case scheduled for September 17, 2024.

3. Undersigned counsel requests an *ex parte* hearing with the court to discuss and potentially resolve issue(s) before the appointment of new counsel.

4. Undersigned counsel understands the timing of this request is very close to the sentencing date which has already been continued previously.

5. Undersigned counsel has attempted to reconcile the issue(s), however at this time Mr. Murphy Johnson desires to have new counsel appointed.

**WHEREFORE**, counsel requests the Court set an *ex parte* hearing on this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically uploaded to the CM/ECF system and thereby furnished by notification of electronic filing to David Byron, Assistant United States Attorney on this 13th day of September 2024.

Respectfully Submitted,
JOSEPH F. DEBELDER
Federal Public Defender

By: *s/ Darren Johnson*

Darren J. Johnson
Assistant Federal Public Defender
New York Bar No. 4056800
101 S. E. 2nd Place, Suite 112
Gainesville, FL 32601
(352) 373-5823