# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:23-cr-20-1-AW-MAL

**TIMOTHY FREDERICK MURPHY-JOHNSON,**

    **Defendant.**

_____/

## ORDER REGARDING MOTION TO WITHDRAW

Defense counsel has moved to withdraw and for an ex parte hearing. ECF No. 79. The court will address this motion at the beginning of the September 17 hearing.

SO ORDERED on September 13, 2024.

                                             s/ *Allen Winsor*
                                             United States District Judge