# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No: 1:23-cr-20-AW                                   Date: 09-17-24

| | |
|---|---|
| PROCEEDINGS: | Sentencing - objected to by Defendant - harsh and excessive |
| | ECF No. 79 - Motion to Withdraw addressed by Court - motion denied |
| | Defendant's Exhibit 1, marked and admitted |
| | Government's Exhibits 1-5, marked and admitted |
| | Forfeiture of home - see ECF No 75 |

PRESENT:    Honorable ALLEN WINSOR, District Judge

| TiAnn Stark | Dawn Savino (USDC-FLND) | David Byron |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Phylicia Dancy | | |
| Probation Officer | Interpreter | |

U.S.A  vs.  (DEFENDANT LISTED BELOW)        ATTORNEY FOR DEFENDANT

TIMOTHY FREDERICK MURPHY-JOHNSON            DARREN JOHNSON
 X  present   X  custody   __bond __O/R       X  present    X  appt   ___retained

DEFENDANT PREVIOUSLY ADJUDICATED GUILTY OF COUNT(S) 1, 2, 4, 5

SENTENCE IMPOSED:
  X   Defendant remanded to the custody of the Bureau of Prisons
         on count(s)    1    imprisonment for a term of Life
                 2, 4, 5   imprisonment for a term of 30 years each,
                 consecutive to each other and concurrent to Count 1

  X   FINE PAYMENT:    X  Fine waived;  ___ Fine of $_____
                        X  SMA of $ 400   due immediately
                        X   AVAA fine $1000

  X   RESTITUTION: Defendant is liable for restitution of:
        $ 56,000   made payable to victm identfied in PSR   interest waived

  X   S/R or PROBATION: Defendant is under  X  Supervised Release upon completion of
        term of imprisonment or ___ Probation for a period of life  . With the following special
        modifications:
           _____  Defendant to be deported upon release from BOP
           _____  Defendant to report to the USPO in the district where released within 72 hours of release from BOP
           _____  Defendant shall not own or possess a firearm or other dangerous weapon
           _____  Defendant shall provide requested financial information to the Probation Officer
           _____  Defendant shall make payment on the restitution in monthly installments of $600
           _____  Upon release, Defendant shall maintain employment or enroll as a full-time student
             X   Additional Terms:   as in PSR

SENTENCING MINUTES CONTINUED

__X__   Defendant has read the pre-sentence investigation report (PSR) and has discussed it with his/her attorney

__X__   Objections to the PSR were made - argued - rulings reflected on the record

__X__   CUSTODY STATUS
    __X__   Defendant committed to the custody of the US Marshal
    _____   Defendant to surrender to US Marshal at _____ or designated institution no later than 12 noon, on _____
    _____   Defendant remains on bond with ___ same terms and conditions or _____ with modified terms as follows:
    _____   Defendant is released after meeting with Probation Officer

__X__   Remaining count(s) _3 and 6_ is/are dismissed on government motion

__X__   Defendant advised of right to appeal - Court to file Notice of Appeal

__X__   Court recommends defendant be designated to an institution that can provide a sex offender management program

10:32 a.m.   Government's Witness, <u>JOEL RICHARDS</u>, sworn, direct

11:15 a.m.   Cross